HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMES KEY III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00172-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | |
| JAMES KEY III, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for James Key, that the status conference currently scheduled for December 10, 2025, at 1:00 p.m. may be continued to March 11, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Initial discovery has been provided in this matter. It is anticipated that additional supplemental discovery will be provided. The defense is in the process of reviewing the discovery in this matter, is discussing it with his client, and is researching and investigating all aspects of this case. In order to continue review of the initial discovery, and the supplemental discovery yet to come, as well as to pursue further investigation into this matter and to review and discuss any plea offer with Mr. Key, the parties are in agreement to continue this matter to March 11, 2026,

1  for a status conference.

2      The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

6      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to March 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 25, 2025       */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 25, 2025       */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JAMES KEY

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for December 10, 2025, at 1:00 p.m. is hereby continued to **March 11, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period to March 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 25, 2025**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE