HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMES KEY, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES KEY, III,<br><br>                    Defendant. | Case No. 1:25-cr-00172-KES-EPG<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), James Key, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference hearing on March 11, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter.

Mr. Key was ordered released pretrial subject to conditions. *See* Dkt. #6, #13, #14. Mr. Key resides in Eustis, Florida, and is being supervised in the Middle District of Florida.

Mr. Key agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham, of the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

Respectfully submitted,

Date:  January 23, 2026                          */s/ Original Signature on File*
                                                 JAMES KEY, III


                                                 HEATHER E. WILLIAMS
                                                 Federal Defender


Date: January 23, 2026                           */s/ Reed Grantham*
                                                 REED GRANTHAM
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JAMES KEY, III


## **O R D E R**

Given that Mr. Key resides in Eustis, Florida, and is being supervised in the Middle District of Florida, the Court finds good cause to GRANT Defendant's request for a waiver of appearance. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on March 11, 2026, at 1:00 p.m. and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.[1]


IT IS SO ORDERED.

Dated:  **January 23, 2026**            /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] As this case proceeds, the Court may issue an order requiring Defendant's in-person appearance.

Key III - Request for Rule 43 Waiver

2