HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMES KEY III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KEY III,<br><br>Defendant. | Case No. 1:25-cr-00172-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for James Key, that the status conference currently scheduled for March 11, 2026, at 1:00 p.m. may be continued to June 10, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Initial discovery has been provided in this matter. Supplemental discovery, constituting approximately 800 pages and several electronic extractions, was provided on January 8, 2026. The defense is in the process of reviewing the supplemental discovery in this matter and determining whether any additional discovery remains outstanding. In addition, the defense is in the process of investigating the allegations in this matter and conducting relevant legal research related to the charges. In order to continue review of the provided discovery, to continue investigation into this matter, and to review and discuss any plea offers with Mr. Key, the parties are in agreement to

continue this matter to June 10, 2026, for a status conference.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to June 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 6, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 6, 2026

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JAMES KEY

Key – Stipulation to Continue Status Conference       2

**O R D E R**

**IT IS SO ORDERED.** The time period to June 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for March 11, 2026, at 1:00 p.m. is hereby continued to June 10, 2026, at 1:00 p.m.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                    /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

Key – Stipulation to Continue Status Conference        3