WANGER JONES HELSELY PC
265 E. River Park Circle, Suite 310
Fresno, CA 93721
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN 105811

Attorneys for Defendant
James Key, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JAMES KEY, III<br>*Defendant.* | CASE NO. 1:25-CR-00172-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 23, 2026<br>TIME: 1:00 p.m.<br>COURT: Hon. Erica P. Grojean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 23, 2026.

2. By this stipulation, the parties now move to continue the status conference to December 9,2026, and to exclude time between September 23, 2026, and December 9, 2026.

3. The parties agree and stipulate, and respectfully request that the Court find the following:

a) On May 8, 2026, counsel for defendant entered his notice of appearance in this matter following withdrawal of defendant's prior counsel. Counsel for defendant has served as defense counsel for approximately four months.

b) The government has represented that the discovery associated with this case includes voluminous telephone records, intercepted phone calls, prison records, executed search

warrants, pole camera data and interstate surveillances. Discovery has been provided.

c) The government has made an offer to settle and the parties have been engaged in ongoing negotiations.

d) Counsel for defendant believes that the additional requested time would permit him to fully review the extensive discovery and meaningfully confer with his client about his case as well as the government's plea offer.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2026 to 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 17, 2026

ERIC GRANT
United States Attorney

/s/ *Chan Hee Chu*
Chan Hee Chu
Assistant United States Attorney

Dated: September 17, 2026

/s/ *Peter M. Jones*
Peter M. Jones
Counsel for Defendant
James Key, III

**ORDER**

IT IS SO FOUND AND ORDERED that the September 23, 2026, status conference before this Court in case number 1:25-cr-00172-KES-EPG is continued to December 9, 2026, before this Court with time between September 23, 2026, and December 92026, excluded under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **September 18, 2026**

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE